UNITED STATES, Appellee

v

GILBERT J. BARRETT, Captain, U. S. Army, Appellant

17 USCMA 50, 37 CMR 314

No. 19,939

May 19, 1967

*Colonel Daniel T. Ghent, Lieutenant Colonel Martin S. Drucker,* and *Major David J. Passamaneck* were on the pleadings for Appellant, Accused.

*Colonel Peter S. Wondolowski, Major John F. Webb, Jr.,* and *Captain L. Frank Chopin* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

The decision of the board of review is affirmed. United States v Simpson, 17 USCMA 44, 37 CMR 308.

UNITED STATES, Appellee

v

RONALD L. GANTT, Private First Class, U. S. Army, Appellant

17 USCMA 50, 37 CMR 314

No. 19,986

May 19, 1967

*Colonel Daniel T. Ghent, Captain Paul V. Melodia,* and *Captain John Kagel* were on the pleadings for Appellant, Accused.

*Colonel Peter S. Wondolowski, Lieutenant Colonel David Rarick,* and *Captain Maurice Jay Kutner* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

The decision of the board of review is affirmed. United States v Simpson, 17 17 USCMA 44, 37 CMR 308.